UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------
UNITED STATES OF AMERICA,

-vs-                                    **ORDER**

Hopeton Hall,                           CR-04-976(FB)
    Defendants.
-------------------------------------------------

IT IS HEREBY ORDERED that the court file in the above case is unsealed.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
       January 11, 2006

CR-04-976  Released to: _____

on:
1/22/06